UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:
    HOWELL EQUIPMENT, INC.                               CASE NO. 09-81467
              Debtor(s)                                        CHAPTER 11

SUPPLEMENTAL MOTION OF UNITED STATES TRUSTEE
TO CONVERT TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS

COMES NOW, R. Michael Bolen, the United States Trustee for Region 5 (hereinafter UST), by and through undersigned counsel, and files this Supplemental Motion to Convert to Chapter 7 or, in the Alternative, To Dismiss to add an additional basis to the motion filed February 26, 2010, and hereby represents as follows:

1.

The above-captioned debtor filed a Chapter 11 petition on October 28, 2009.

2.

The debtor has not provided proof of insurance, including worker's compensation on debtor's employees.

WHEREFORE, the United States Trustee prays this Court enter an Order pursuant to Bankruptcy Code section 1112 (b)(10) converting the case to Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing said case. The United States Trustee further prays for all general and equitable relief which may be just and proper under the circumstances.

                                               Respectfully submitted,

                                               R. MICHAEL BOLEN
                                               United States Trustee
                                               Region 5, Judicial Districts
                                               of Louisiana and Mississippi

                                               By:/s/ Gail Bowen McCulloch

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no.  (318) 676-3456
Direct telephone no.  (318) 676-3550
Facsimile no.  (318) 676-3212
LA Bar no. 3337

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing SUPPLEMENTAL MOTION OF UNITED STATES TRUSTEE TO CONVERT TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS was sent by First Class United States Mail, postage prepaid, or CM/ECF transmission to the following persons and entities:

Howell Equipment, Inc.
7109 Hwy 1 Bypass
Natchitoches, LA 71457

Bradley L. Drell
POB 6118
Alexandria, LA 71307-6118

Mr. Stephen D. Wheelis
Wheelis & Rozanski
P. O. Box 13199
Alexandria, LA 71315-3199

Mark A. Begnaud
McCoy Roberts & Begnaud
(A Law Corporation)
P.O. Box 1369
Natchitoches, LA 71458

Ken Hale
Bank of Montgomery
814 Washington Street
Natchitoches, LA 71457

Thomas R. Willson
Attorney at Law
P.O. Drawer 1630
Alexandria, LA 71309

DATE:    March 1, 2010    By: _/s/ Samantha Brown_
                                                          Samantha Brown
                                                          Paralegal Specialist
                                                          Office of U.S. Trustee