**SO ORDERED.**

**SIGNED September 29, 2010.**



_____
**HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:                                                                             CASE NO. 09-81467
HOWELL EQUIPMENT, INC.
    DEBTOR

### ORDER

       This matter having come before the Court on the 29th day of September, 2010, on the Motion for Allowance of Administrative Claim, and notice appearing proper and no objection having been filed,

       IT IS HEREBY ORDERED that Acme Poster Advertising, L.L.C. is allowed an administrative claim in the amount of $1,150.00.

                                                                        ###

This order was prepared and is being submitted by:
By: John W. Luster (#9184)
Attorney for Acme Poster Advertising, LLC
P. O. Box 488
1120 Williams Avenue
Natchitoches, LA 71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
Email: luster_j@bellsouth.net